UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| FATMEH IBRAHIM ABU EID, and T.A.S.S., <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTH DAKOTA LIONS EYE AND TISSUE BANK, INC., and AMERICAN DONOR SERVICES, <br><br> Defendants. | 4:16-CV-04062-KES <br><br><br> ORDER REQUIRING COMPLIANCE WITH D.S.D. CIV. LR 5.2 |

Upon reviewing the documents filed in this case, it has come to the court's attention that documents have been filed by the plaintiffs without the proper redaction of personal identifying information. D.S.D. Civ. LR 5.2 establishes that it is the obligation of counsel to only utilize the initials of an individual known to be a minor in order to comply with the E-Government Act of 2002. Accordingly, it is

ORDERED that

1. The Clerk's Office is directed to restrict public access to the Docket in this case.

2. Counsel for the plaintiff shall immediately review all previously filed documents to ensure compliance with LR 5.2. Counsel shall file a notice of completion of redaction review.

3. Counsel shall, within 21 days, re-file any docket entries that fail to comply with LR 5.2 by submitting to the Clerk of Courts in paper form a redacted version of each document that refers to the juvenile by initials only.

Dated May 16, 2016.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE